_____

No. 96-3136NE
_____

Martin R. Stacy,                    *
                                    *
            Appellant,              *
                                    *
    v.                              *    Appeal from the United States
                                    *    District Court for the
United States of America;           *    District of Nebraska.
Internal Revenue Service,           *
                                    *       [UNPUBLISHED]
            Appellees.              *


_____

        Submitted:  December 6, 1996

            Filed:  December 13, 1996
        _____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
        _____

PER CURIAM.

    Martin R. Stacy appeals the district court's order denying his
Federal Rule of Civil Procedure 60(b) motion.  Having carefully
reviewed the record and the parties' briefs, we conclude the
district court's judgment was clearly correct.  Accordingly, we
affirm.  See 8th Cir. R. 47B.


    A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.